**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**RICK CIESAKA, et al.,**

    **Plaintiffs,**

**v.**                                                                Case No.  8:07-cv-1856-T-30EAJ

**MASCO SERVICES GROUP CORPORATION**
**and BUILDER SERVICES GROUP, INC., d/b/a**
**GALE INTERIOR SOLUTIONS,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

The Court has been advised via Defendants' Notice of Settlement (Dkt. #6) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on November 28, 2007.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-1856.dismissal 6.wpd